**JS-6**

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | | |
|---|---|---|
| POOJA NEEMA, *et al.,* | ) | |
| | ) | 2:21-cv-00481-AS |
| Plaintiffs, | ) | Case No. ~~2:21-cv-02013-AS~~ |
| | ) | |
| v. | ) | [~~PROPOSED~~] |
| | ) | |
| UNITED STATES CITIZENSHIP AND | ) | ORDER OF DISMISSAL |
| IMMIGRATION SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

GOOD CAUSE HAVING BEEN SHOWN, the parties' Stipulation of Dismissal is hereby GRANTED. This case is dismissed under the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party is to bear their own costs and fees. IT IS SO ORDERED.

Dated:  August 30, 2021

_____
/ s / Sagar
HONORABLE ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE